**Writ of Mandamus Denied and Opinion Filed January 6. 2014.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-13-01656-CV**

**IN RE MARY CANDACE EVANS, Relator**

**Original Proceeding from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-06268-C**

## MEMORANDUM OPINION

Before Justices Moseley, Fillmore, and Brown
Opinion by Justice Moseley

Relator contends the trial court erred in granting the motion of Dr. Richard Malouf and Leanne Malouf to Strike the Hearing of Relator's Motion to Dismiss Pursuant to TEX. CIV. PRAC. & REM. CODE Section 27. The facts and issues are well known to the parties, so we need not recount them herein. We conclude relator's petition does not satisfy the requirements of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 52.3(j); *In re Butler*, 270 S.W.3d 757, 758 (Tex. App.–Dallas 2008, orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

131656F.P05

/Jim Moseley/
JIM MOSELEY
JUSTICE